IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KRISTIAN JORDAN                                                                                      PLAINTIFF

V.                                              NO. 4:08cv00567 JLH

DRU REED, et al                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing Plaintiff's complaint in its entirety, without prejudice. Any pending motions are denied as moot.

IT IS SO ORDERED this 3rd day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE